IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN THE MATTER OF:<br><br>RICHARD RODRIGUEZ & CLARIBEL RODRIGUEZ,<br><br>          Debtors.<br>_____<br><br>TD BANK,<br><br>          Appellant,<br><br>     v.<br><br>RICHARD RODRIGUEZ & CLARIBEL RODRIGUEZ,<br><br>          Appellees. | HON. JEROME B. SIMANDLE<br><br>Civil No. 11-6718 (JBS)<br><br>ON APPEAL FROM AN ORDER OF THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY<br><br>[Case No. 11-25359/JHW]<br><br>**ORDER** |

This matter having come before the Court upon the appeal of an order of the Bankruptcy Court for the District of New Jersey; the Court having considered the submissions of the parties; for the reasons explained in the Memorandum Opinion of today's date; and for good cause shown;

IT IS this   **2nd**   day of **April, 2011** hereby

ORDERED that the October 13, 2011 Order of the Bankruptcy Court is **AFFIRMED**.

                                        **s/ Jerome B. Simandle**
                                        JEROME B. SIMANDLE
                                        Chief U.S. District Judge